UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. HEALTHWORKS HOLDING COMPANY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PROHEALTH MEDICAL GROUP, INC., a California corporation;<br><br>KAYVON YADIDI, D.O., an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV12-03687 SVW(FMOx)<br><br>**ORDER GRANTING STIPULATION REQUESTING THE COURT TO SET A BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Having considered the parties' Stipulation Requesting the Court to Court set a Briefing Schedule for Plaintiff U.S. HealthWorks Holding Company, Inc.'s ("Plaintiff") Motion for Summary Judgment ("MSJ") in order to allow Plaintiff to take the deposition of ProHealth Medical Group, Inc.'s principal Soheil Younai, M.D. on October 9, 2012 prior to filing the MSJ, and good cause appearing therefore,

ORDER RE: STIPULATION FOR BRIEFING SCHEDULE

**IT IS HEREBY ORDERED** that:

1. The deposition of Dr. Younai will be held on **October 9, 2012**;
2. Plaintiff shall file its MSJ on **October 10, 2012**;
3. Defendants shall file their Opposition on **October 17, 2012**;
4. Plaintiff shall file its Reply on **October 22, 2012**; and
5. The hearing on Plaintiff's MSJ shall remain **November 5, 2012**.

**SO ORDERED.**

Dated:   October 2, 2012          By: _____
                                       The Hon. Stephen V. Wilson
                                       United States District Court Judge